**DANIEL GOMEZ-SANCHEZ (NJ BAR NO. 018792008)**
**SCOTT C. SILVERMAN (NJ BAR NO. 137112015)**
**LITTLER MENDELSON**
A Professional Corporation
290 Broadhollow Road, Suite 305
Melville, New York 11747
631-247-4713
Attorneys for Defendant
UNITED PARCEL SERVICE, INC.

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| SAMUEL PERRY,<br><br>　　　　　　　Plaintiff,<br><br>v.<br><br>UNITED PARCEL SERVICE, JOHN DOE 1-10, ABC CORP. 1-10,<br><br>　　　　　　　Defendants. | Civil Action No.　2:21-11028<br><br>**CORPORATE DISCLOSURE STATEMENT**<br><br>*Electronically Filed* |

Defendant United Parcel Service, Inc., by and through counsel, hereby submits its Corporate Disclosure Statement pursuant to Federal Rule of Civil Procedure 7.1.

United Parcel Service, Inc. (Delaware) issues stock to the public; there are no publicly held companies that own 10% or more of United Parcel Service, Inc.'s stock. United Parcel Service, Inc. (Delaware) wholly owns United Parcel Service of America, Inc., which wholly owns UPS Worldwide Forwarding, Inc., which wholly owns United Parcel Service, Inc. (Ohio).

Dated: May 10, 2021

**LITTLER MENDELSON, P.C.**
Attorneys for UPS
290 Broadhollow Road, Suite 305
Melville, New York 11747
631-247-4713
dsgomez@littler.com

/s/ *Daniel Gomez-Sanchez*
Daniel Gomez-Sanchez

4817-0666-7240.1 / 110830-1019