BRUCE EGERT, ESQ.
Law Offices of Bruce Egert
Attorney-at-Law
NJ Bar Registration No. 019271985
9 Kansas Street
Hackensack NJ 07601
(201) 488-2620
Attorney for Plaintiff

------------------------------------------------XDOCKET NO. 2:21 cv 14997

ELIJAH ODUM,                    UNITED STATES DISTRICT COURT
                                DISTRICT OF NEW JERSEY
Plaintiff,

                                **STIPULATION**

-vs.-

COUNTY OF ESSEX NEW JERSEY,
ESSEX COUNTY JUVENILE DETENTION FACILITY,
HUDSON COUNTY BOARD OF FREEHOLDERS
  n/k/a BOARD OF COMMISSIONERS,
STATE OF NEW JERSEY,

Defendants.

----------------------------------------------------x

IT IS HEREBY STIPULATED BY AND BETWEEN THE ATTORNEYS FOR THE PARTIES, BELOW-NAMED, that:

1. Plaintiff shall voluntarily discontinue this complaint and case, without prejudice, against defendants Hudson County Board of Freeholders n/k/a Bord of Commissioners, and, The State of New Jersey.

2. Plaintiff shall continue its claim as against County of Essex and its Juvenile Detention Facility.
3. Plaintiff shall execute, separately, stipulations of discontinuance if necessary, for filing with the court.
4. The Defenant, County of Essex shall not assert any cross claim against the other named defendants, but may do so if the plaintiff revives and reinstates its case against those co-defendants.
5. The court may 'so order' or endorse this stipulation as if it were a court order.

**SO ORDERED.**

_/s/ Susan D. Wigenton_
Hon. Susan D. Wigenton
United States District Judge
Dated: October 19, 2021

Oct. 14, 2021

_____
BRUCE EGERT
Attorney for Plaintiff

_____
COURTNEY M. GACCIONE
Essex County Counsel
By: Alan Ruddy, Esq.